**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7683**

———————

STEVEN ANTHONY GRAHAM,

                    Plaintiff - Appellant,

          v.

L. FUERTES ROSARIO, HSA MLP; HECTOR LOPEZ, Staff Physician;
R. BLOCKER, Clinical Director; J. MATTSON, MRA,

                    Defendants – Appellees,

          and

UNITED STATES DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF
PRISONS,

                    Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Richard Mark Gergel, District
Judge.  (3:09-cv-01535-RMG)

———————

Submitted:  May 19, 2011              Decided:  May 23, 2011

———————

Before TRAXLER, Chief Judge,  and AGEE  and KEENAN, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven  Anthony  Graham,  Appellant  Pro  Se.   Barbara  Murcier
Bowens,  Assistant  United  States  Attorney,  Columbia,  South

Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Anthony Graham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint, in which he alleged that the Defendants violated 42 U.S.C. §§ 1983, 1985 (2006) and violated his First, Eighth, and Fourteenth Amendment rights.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graham v. Rosario, No. 3:09-cv-01535-RMG (D.S.C. filed Nov. 9, 2010 & entered Nov. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] As correctly noted by the magistrate judge, these claims are more properly considered under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).